JOHN J. STEPHENS et al., Respondents, *v.* THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.

*Stephens* v. *N. Y., Ontario & Western Ry. Co.*, 126 App. Div. 920, modified.

(Argued October 19, 1909; decided November 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 23, 1908, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action to recover for an alleged injury to easements and for depreciation of value of plaintiffs' real property by reason of the operation of defendant's railroad opposite thereto.

*P. W. Cullinan* for appellant.

*Paul Armitage* and *Henry D. Donnelly* for respondents.

Judgment modified by reducing plaintiffs' recovery by the sum of $2,437.72, rental damages awarded for the opera house property, and as modified affirmed, without costs in this court to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.